# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW LECHTER; SYLVIA THOMPSON; LAWSON F. THOMPSON; RUSSELL DALBA; and KATHRYN DALBA, on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>APRIO, LLP f/k/a HABIF, AROGETI & WYNNE, LLP; ROBERT GREENBERGER; SIROTE & PERMUTT, P.C.; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.; SMITH, LEWIS & HALEY, LLP; DAVID C. SMITH; FOREVER FORESTS LLC; NANCY ZAK; JAMES JOWERS; LARGE & GILBERT, INC.; CLOWER KIRSCH & ASSOCIATES, LLC; JIM R. CLOWER, SR.; TENNILLE & ASSOCIATES, INC.; ATLANTIC COAST CONSERVANCY, INC.; ROBERT D. KELLER; and GEORGIA ALABAMA LAND TRUST, INC. f/k/a GEORGIA LAND TRUST, INC.,<br><br>    Defendants. | CASE NO. 1:20-cv-01325-AT |

## LARGE & GILBERT, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

43601321 v2

Defendant Large & Gilbert, Inc. ("L&G"), pursuant to Rule 12 of the Federal Rules of Civil Procedure, hereby files this Motion to Dismiss, respectfully moving this Court to dismiss Plaintiffs' Original Class Action Complaint (the "Complaint") and all of the claims asserted against L&G with prejudice.  In the alternative, L&G, pursuant to Rule 56 of the Federal Rules of Civil Procedure, files this Motion for Summary Judgment, respectfully moving this Court to grant L&G summary judgment on all of Plaintiffs' claims against it in the Complaint.  In support of this Motion, L&G relies on its memorandum of law and Declaration of Nathan Worthey filed herewith, and the documents of record in this action.

WHEREFORE, for the reasons set forth in its supporting memorandum filed herewith, L&G respectfully requests that this Court grant its Motion to Dismiss, or in the alternative grant its Motion for Summary Judgment, and enter an order dismissing all claims asserted against L&G, with prejudice.

Respectfully submitted this 17th day of June, 2020.

>*/s/ Brent D. Hitson*
> Brent D. Hitson
> Georgia Bar No. 358025
> bhitson@burr.com
> Tala Amirfazli
> Georgia Bar No. 523890
> tamirfazli@burr.com
> *Counsel for Defendant Large & Gilbert, Inc.*

**BURR & FORMAN, LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile (205) 458-5100

3

43601321 v2

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **LARGE & GILBERT, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** has been prepared with Times New Roman, 14 point font, one of the font point selections approved by the Court in LR 5.1C.

*/s/ Brent D. Hitson*
Brent D. Hitson
Georgia Bar No. 358025
bhitson@burr.com
Tala Amirfazli
Georgia Bar No. 523890
tamirfazli@burr.com
*Counsel for Defendant Large & Gilbert, Inc.*

**BURR & FORMAN, LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I electronically filed the foregoing **LARGE & GILBERT, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record including:

| | |
|---|---|
| David R. Deary | Edward Jon Rappaport |
| W. Ralph Canada, Jr. | SAYLOR LAW FIRM LLP |
| Donna Lee | 1201 W Peachtree Street |
| Jim L. Flegle | Suite 3220 |
| John William McKenzie, III | Atlanta, GA 30309 |
| Tyler McLean Simpson | erappaport@saylorlaw.com |
| William Edward Wray, Jr. | ***Counsel for Plaintiffs*** |
| Jeven R. Sloan | |
| LOEWINSOHN FLEGLE DEARY SIMON LLP | John E. Floyd |
| | John H. Rains IV |
| 12377 Merit Drive, Suite 900 | Jennifer Peterson |
| Dallas, Texas 75251 | BONDURANT MIXSON & ELMORE LLP |
| davidd@lfdslaw.com | |
| donnal@lfdslaw.com | 3900 One Atlantic Center |
| ralphc@lfdslaw.com | 1201 West Peachtree Street, NW |
| jevens@lfdslaw.com | Atlanta, GA 30309 |
| jimf@lfdslaw.com | floyd@bmelaw.com |
| johnm@lfdslaw.com | rains@bmelaw.com |
| tylers@lfdslaw.com | peterson@bmelaw.com |
| ***Counsel for Plaintiffs*** | ***Counsel for Defendants Aprio, LLP f/k/a Habif, Arogeti & Wynne, LLP and Robert Greenberger*** |

| | |
|---|---|
| Colin Dang Delaney<br>Gregory K. Smith<br>Anthony Joseph Rollins<br>Steven Anthony Vickery<br>SMITH GAMBRELL & RUSSELL LLP<br>Promenade, Suite 3100<br>1230 Peachtree St. N.E.<br>Atlanta, GA 30309<br>cdelaney@sgrlaw.com<br>gsmith@sgrlaw.com<br>ajrollins@sgrlaw.com<br>svickery@sgrlaw.com<br>*Counsel for Defendants Atlantic Coast Conservancy, Inc. and Dr. Robert D. Keller* | Steven Hall<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>3414 Peachtree Street, N.E.<br>Suite 1600, Monarch Plaza<br>Atlanta, GA 30326<br>shall@bakerdonelson.com<br>*Counsel for Defendant Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.* |
| S. Fenn Little, Jr.<br>S. FENN LITTLE, JR., PC<br>1490 Mecaslin Street, N.W.<br>Atlanta, GA 30309<br>fennlaw@fennlittle.com<br>fennlaw@outlook.com<br>*Counsel for Defendants Forever Forests LLC and Nancy Zak* | Andrew Townsend Tennille, III<br>TENNILLE PC<br>1266 West Paces Ferry Road, N.W.<br>Suite 173<br>Atlanta, GA 30327<br>Dre.tennille@gmail.com<br>*Counsel for Defendant Tennille & Associates, Inc.* |
| | */s/ Brent D. Hitson*<br>Brent D. Hitson<br>Georgia Bar No. 358025<br>bhitson@burr.com<br>Tala Amirfazli<br>Georgia Bar No. 523890<br>tamirfazli@burr.com<br>*Counsel for Defendant Large & Gilbert, Inc.* |

43601321 v2

6

**BURR & FORMAN, LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile (205) 458-5100