IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW LECHTER, et al. DALBA, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>APRIO, LLP f/k/a HABIF, AROGETI & WYNNE, LLP, et al.,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.<br>1:20-CV-01325-AT |

## ORDER ON PAGE LIMITATIONS

Having considered Defendants Atlantic Coast Conservancy, Inc. and Dr. Robert D. Keller's Unopposed Motion to Adjust Page Limitations, and for good cause shown, it is hereby **ORDERED** that their request to file a single brief of forty-five (45) pages in support of their Motions to Dismiss is **GRANTED**.

SO ORDERED this 29th day of July, 2020.

_____
Hon. Amy Totenberg
United States District Judge