IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW LECHTER; SYLVIA THOMPSON; LAWSON F. THOMPSON; RUSSELL DALBA; and KATHRYN DALBA, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APRIO, LLP f/k/a HABIF, AROGETI & WYNNE, LLP, ET AL.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:20-cv-01325-AT |

**DEFENDANT GEORGIA-ALABAMA LAND TRUST, INC.'S
MOTION TO DISMISS PLAINTIFFS' ORIGINAL
<u>CLASS ACTION COMPLAINT</u>**

COMES NOW, GEORGIA-ALABAMA LAND TRUST, INC. ("GALT"), and moves this Court pursuant to Fed. R. Civ. Proc. 12(b) to dismiss all claims asserted against it in Plaintiffs' Original Class Action Complaint. [Doc. 1]. Plaintiffs have failed to state a claim upon which relief can be granted and cannot prevail on the merits of their claims. In support of this motion, GALT relies on the arguments and citations to authority presented in the accompanying memorandum of law, as well as the attached exhibits. For the reasons more fully set forth in the accompanying memorandum, GALT's motion should be granted, and this Court should enter

judgment in favor of GALT and dismiss all causes of action asserted in Plaintiffs' Original Class Action Complaint against GALT with prejudice.

This 7th day of August, 2020.

                                  Respectfully submitted,

                                  **FREEMAN MATHIS & GARY, LLP**

                                  */s/ Dana K. Maine*
                                  Dana K. Maine
                                  Georgia Bar No. 466580
                                  Robert E. Buckley
                                  Georgia Bar No. 140280
                                  Travis M. Cashbaugh
                                  Georgia Bar No. 380162

                                  *Attorneys for Defendant Georgia-Alabama Land Trust, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
dmaine@fmglaw.com
rbuckley@fmglaw.com
tcashbaugh@fmglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT GEORGIA-ALABAMA LAND TRUST, INC.'S MOTION TO DISMISS PLAINTIFFS' ORIGINAL CLASS ACTION COMPLAINT** to the Clerk of Court using the CM/ECF *e-filing* system which will automatically send electronic mail notification of such filing to the following counsel of record:

| | |
|---|---|
| David R. Deary<br>Donna Lee<br>Jeven R. Sloan<br>Jim L. Flegle<br>John William McKenzie, III<br>Tyler McLean Simpson<br>William Ralph Canada, Jr.<br>Wilson Edward Wray, Jr.<br>**LOEWINSOHN FLEGLE DEARY SIMON LLP**<br>12377 Merit Drive<br>Dallas, TX 75251 | Colin Dang Delaney<br>Gregory K. Smith<br>Anthony J. Rollins<br>Steven A. Vickery<br>**SMITH, GAMBRELL & RUSSELL, LLP**<br>Promenade, Suite 3100<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309-3592<br>*Attorneys for Defendants Atlantic Coast Conservancy, Inc. and Robert D. Keller* |
| Edward Jon Rappaport<br>**SAYLOR LAW FIRM LLP**<br>1201 W Peachtree Street, Suite 3220<br>Atlanta, GA 30309<br><br>*Attorneys for Plaintiffs* | |
| Stephen Hall<br>**BAKER, DONELSON, BEARMAN,**<br>  **CALDWELL & BERKOWITZ, P.C.**<br>Suite 1600, Monarch Plaza<br>3414 Peachtree Street NE<br>Atlanta, GA 30326<br>*Attorneys for Defendant Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.* | S. Fenn Little, Jr.<br>**S. FENN LITTLE, JR. PC**<br>1490 Mescaslin Street NW<br>Atlanta, GA 30309<br>*Attorney for Defendants Forever Forests, LLC and Nancy Zak* |

-2-

| | |
|---|---|
| Brent D. Hitson<br>TalaAmirfazli<br>**BURR & FORMAN, LLP**<br>171 Seventeenth Street NEW, #100<br>Atlanta, GA 30363<br>*Attorneys for Defendant Large & Gilbert, Inc.* | Andrew Townsend Tennille, III<br>Leslie P. Becknell<br>Barbara A. Marschalk<br>**TENNILLE, PC**<br>1266 West Paces Ferry Rd. NW #173<br>Atlanta, GA 30327<br>*Attorney for Defendant Tennille & Associates, Inc.* |
| Robert H. Smalley, III<br>**MCCAMY, PHILLIPS, TUGGLE<br>   & FORDHAM, LLP**<br>PO Box 1105<br>Dalton, GA 30722-1105<br>*Attorney for Defendants David C. Smith and Smith, Lewis & Haley, LLP* | John E. Floyd<br>John H. Rains IV<br>Jennifer Peterson<br>**BONDURANT, MIXSON & ELMORE, LLP**<br>3900 One Atlantic Center<br>1201 West Peachtree Street NW<br>Atlanta, GA 30309-3417<br>*Attorney for Defendants Aprio, LLP f/k/a Habif, Arogeti & Wynne, LLP and Robert Greenberger* |
| David L. Balser<br>M. Robert Thornton<br>J. Andrew Pratt<br>Billie Pritchard<br>**KING & SPALDING, LLP**<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>*Attorneys for Sirote & Permutt, PC* | |

This 7th day of August, 2020.

*/s/ Dana K. Maine*
Dana K. Maine
Georgia Bar No. 466580

*Attorney for Defendant Georgia-Alabama Land Trust, Inc.*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)