# EXHIBIT D

Form **8283**
(Rev. December 2006)
Department of the Treasury
Internal Revenue Service

**Noncash Charitable Contributions**

▶ Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.
▶ See separate instructions.

OMB No. 1545-0908

Attachment
Sequence No. **155**

Name(s) shown on your income tax return
**Oakhill Woods, LLC**

Identifying number
REDACTED

**Note.** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A. Donated Property of $5,000 or Less and Certain Publicly Traded Securities**—List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is more than $5,000 (see instructions).

**Part I** Information on Donated Property—If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property (For a donated vehicle, enter the year, make, model, condition, and mileage, and attach Form 1098-C if required.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |
| E | | |

**Note.** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value (see instructions) | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II** Partial Interests and Restricted Use Property—Complete lines 2a through 2e if you gave less than an entire interest in a property listed in Part I. Complete lines 3a through 3c if conditions were placed on a contribution listed in Part I; also attach the required statement (see instructions).

2a   Enter the letter from Part I that identifies the property for which you gave less than an entire interest ▶ _____.
     If Part II applies to more than one property, attach a separate statement.

b   Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year ▶ _____.
                                                                           (2) For any prior tax years ▶ _____.

c   Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above): _____
    Name of charitable organization (donee)

    Address (number, street, and room or suite no.)

    City or town, state, and ZIP code

d   For tangible property, enter the place where the property is located or kept ▶ _____
e   Name of any person, other than the donee organization, having actual possession of the property ▶ _____

| | | Yes | No |
|---|---|---|---|
| 3a | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c | Is there a restriction limiting the donated property for a particular use? | | |

For Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 62299J     Form **8283** (Rev. 12-2006)

Form 8283 (Rev. 12-2006)   Page **2**

Name(s) shown on your income tax return: **Oakhill Woods, LLC**

Identifying number: REDACTED

**Section B. Donated Property Over $5,000 (Except Certain Publicly Traded Securities)**—List in this section only items (or groups of similar items) for which you claimed a deduction of more than $5,000 per item or group (except contributions of certain publicly traded securities reported in Section A). An appraisal is generally required for property listed in Section B (see instructions).

### Part I — Information on Donated Property—To be completed by the taxpayer and/or the appraiser.

4  Check the box that describes the type of property donated:
- ☐ Art* (contribution of $20,000 or more)
- ☑ Qualified Conservation Contribution
- ☐ Equipment
- ☐ Art* (contribution of less than $20,000)
- ☐ Other Real Estate
- ☐ Securities
- ☐ Collectibles**
- ☐ Intellectual Property
- ☐ Other

*Art includes paintings, sculptures, watercolors, prints, drawings, ceramics, antiques, decorative arts, textiles, carpets, silver, rare manuscripts, historical memorabilia, and other similar objects.
**Collectibles include coins, stamps, books, gems, jewelry, sports memorabilia, dolls, etc., but not art as defined above.

Note. In certain cases, you must attach a qualified appraisal of the property. See instructions.

| 5 | (a) Description of donated property (if you need more space, attach a separate statement) | (b) If tangible property was donated, give a brief summary of the overall physical condition of the property at the time of the gift | (c) Appraised fair market value |
|---|---|---|---|
| A | See Attachment (SA) 378.97 ac. | SA | 7,949,000.00 |
| B | | | |
| C | | | |
| D | | | |

| | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) For bargain sales, enter amount received | (h) Amount claimed as a deduction | (i) Average trading price of securities |
|---|---|---|---|---|---|---|
| A | SA | SA | SA | | 7,949,000.00 | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |

### Part II — Taxpayer (Donor) Statement—List each item included in Part I above that the appraisal identifies as having a value of $500 or less. See instructions.

I declare that the following item(s) included in Part I above has to the best of my knowledge and belief an appraised value of not more than $500 (per item). Enter identifying letter from Part I and describe the specific item. See instructions. ▶ _____

Signature of taxpayer (donor) ▶                                      Date ▶

### Part III — Declaration of Appraiser

I declare that I am not the donor, the donee, a party to the transaction in which the donor acquired the property, employed by, or related to any of the foregoing persons, or married to any person who is related to any of the foregoing persons. And, if regularly used by the donor, donee, or party to the transaction, I performed the majority of my appraisals during my tax year for other persons.

Also, I declare that I hold myself out to the public as an appraiser or perform appraisals on a regular basis; and that because of my qualifications as described in the appraisal, I am qualified to make appraisals of the type of property being valued. I certify that the appraisal fees were not based on a percentage of the appraised property value. Furthermore, I understand that a false or fraudulent overstatement of the property value as described in the qualified appraisal or this Form 8283 may subject me to the penalty under section 6701(a) (aiding and abetting the understatement of tax liability). In addition, I understand that a substantial or gross valuation misstatement resulting from the appraisal of the value of the property that I know, or reasonably should know, would be used in connection with a return or claim for refund, may subject me to the penalty under section 6695A. I affirm that I have not been barred from presenting evidence or testimony by the Office of Professional Responsibility.

**Sign Here**  Signature ▶ David R. Roberts, SRA    Title ▶ Real Estate Appraiser    Date ▶ 12/20/2010

Business address (including room or suite no.): **Tenille & Associates, Inc. 820B State Farm Road**

Identifying number: REDACTED

City or town, state, and ZIP code: **Boone, NC 28607**

### Part IV — Donee Acknowledgment—To be completed by the charitable organization.

This charitable organization acknowledges that it is a qualified organization under section 170(c) and that it received the donated property as described in Section B, Part I, above on the following date ▶ **December 7, 2010**

Furthermore, this organization affirms that in the event it sells, exchanges, or otherwise disposes of the property described in Section B, Part I (or any portion thereof) within 3 years after the date of receipt, it will file **Form 8282**, Donee Information Return, with the IRS and give the donor a copy of that form. This acknowledgment does not represent agreement with the claimed fair market value.

Does the organization intend to use the property for an unrelated use? . . . . . . . . . . . . . . . . ▶ ☐ Yes  ☑ No

Name of charitable organization (donee): **Georgia Land Trust, Inc.**

Employer Identification number: REDACTED

Address (number, street, and room or suite no.): **428 Bull Street**

City or town, state, and ZIP code: **Savannah, GA 31401**

Authorized signature: [signature]    Title: Deputy Director    Date: 9 March 2011

Printed on Recycled Paper          Form **8283** (Rev. 12-2006)

# Form 8283: Noncash Charitable Contributions
## Attachment for Information on Donated Property

**Name:** Oakhill Woods, LLC
**Identifying number:** REDACTED

**5(a). Description of donated property:** The donated property is a conservation easement donated as a "qualified conservation contribution" under I.R.C. §170 (h). The conservation easement encompasses approximately ±378.97 acres of land in Effingham County, Georgia.

**Conservation Purposes:**
The property possesses the following Conservation Values that are required by the Internal Revenue Code:

The preservation of certain open space (including farmland and forest land) within the meaning of § 170(h)(4)(A)(iii)(II) of the Internal Revenue Code of 1986, *as amended* ("the Code"). Portions of the Property contain productive soils for forestry and environment capable of sustaining agricultural activities. Protection of these areas soils promotes the following governmental policies: Georgia Uniform Conservation Easement Act [GA Code Sec. 44-10-1 et seq.]; Georgia Tax Credit Law [GA Code Sec. 48-7-29.12] and Conservation Use Assessment for Agricultural or Timberland [GA Code Sec. 48-5-7.4]. The Property is located within the SOAR Forest Legacy Area as designated by the Georgia Forestry Commission under the Georgia Forest Legacy Program, created through the Cooperative Forestry Assistance Act (CFAA) of 1978 [16 U.S.C. 2103 et seq.]; Section 1217 of Title XII of the Food, Agriculture, Conservation and Trade Act of 1990 [P.L. 101-624; 104 Stat. 3359 (the 1990 Farm Bill)]; Title III - Conservation; Subtitle G - Forestry; Section 374 [Optional State Grants for Forest Legacy Program) of the Federal Agricultural Improvement and Reform Act of 1996 (P.L. 104-127, 110 Stat. 888) (the 1996 Farm Bill)]. The above legislation created the Forest Legacy Program, gave the Secretary of Agriculture authority to transfer administration of the program to the states, including Georgia, and authorized funding of the program including grants to the states. The SOAR Forest Legacy area in which the Property is located was designated pursuant to the legislation.

Protection of the Property promotes key protection strategic themes set forth by the Georgia Department of Natural Resources in its Georgia Comprehensive Wildlife Conservation Strategy (herein "GCWCS"). The GCWCS describes a strategy for the comprehensive conservation of Georgia's wildlife by addressing specific components required by the State Wildlife Grants federal program that provides funding and administration through the United States Fish and Wildlife Service.

In support of the afore-mentioned Internal Revenue Code criteria, the following Conservation Values also are also outlined in the Conservation Easement:

Concise Summary Statement of Easement Purposes:

The purpose of this Conservation Easement is to:

- Preservation of open space, including farmland and forest land, pursuant to Federal government conservation policies through the protection and availability of productive forest and farmland.
- Advance key protection strategic themes set forth in the GCWCS, including minimizing impacts from development on high priority species that may make use of habitats on the Property.
    - Extend the habitat range by adding protected land to the existing Conservation Easements that are situated in close proximity of the Property.

Target Elements:

- Protection of the productive forest and farmland.
- The Property lies within close proximity to several other protected lands including private owned Conservation Easements, and state and federally owned lands. The Property is also located within the SOAR Forest Legacy Area as defined by the Georgia Forestry Commission under the Georgia Forest Legacy Program.
- Protection of the Property promotes key protection themes set forth in the Georgia Comprehensive Wildlife Conservation Strategy (GCWCS). The Property is situated within the Ebenezer Creek / Savannah River, a High Priority Site and Landscape Feature within the Southern Coastal Plain Ecoregion and a High Priority Watershed.
- The Property is located in a route for migratory birds and provides natural habitat for many mammals, amphibians and reptiles. Species such as the frosted flatwoods salamander, Brimley's chorus frog, broad-striped dwarf siren, carpenter frog, eastern indigo snake, gopher tortoise, eastern coral snake, Florida pine snake, northern Florida swamp snake, spotted turtle, star-nosed mole, painted bunting, and winter wren may find suitable habitat on the Property and have been identified by the Georgia Department of Natural Resources to be rare, threatened or endangered species.

**Appraised Valuations:**

| | |
|---|---|
| Market Value Before Grant of Conservation Easement | $8,535,000.00 |
| Market Value After Grant of Conservation Easement | $ 586,000.00 |
| Market Value of Conservation Easement | $7,949,000.00 |
| LESS: Appraised value of additional enhancement to other real property owned by a related person and near donated property* | $ 9,000.00 |
| **Net Value of Contribution** | **$7,949,000.00** |

*NOTE: The enhancement value is included in the valuation of the property "After" the granting of the conservation easement, and is deducted from the charitable contribution in this manner.

An appraisal by a qualified Appraiser, indicating the above valuations, is attached to this Form 8283.

Page 2 of 3

**Statement of Purpose:**
This donation was not used to obtain a permit or any other approval by a local or other governing authority. This donation was not required by contract.

**Nearby Property Interests:**
An affiliate of the donor has an interest in three residential home sites of approximately ±9.00 acres contiguous to the donated property but excluded from the conservation easement. An enhancement value was established for this property by appraisal and is included in the valuation of the property after the granting of the easement and is deducted from the charitable contribution in this manner.

**5(b). Summary of overall physical condition of property at time of gift:** Undeveloped acres; Conservation Easement Recorded in Effingham County, Georgia on December 7, 2010; Book 01980 Pages 0290-0318.

**5(c). Appraised fair market value:** $7,949,000.00

**5(d). Date acquired by donor:** August 1, 2007

**5(e). How acquired by donor:** Purchase/Exchange

**5(f). Donor's cost or adjusted basis:** A declaration of the taxpayer's basis in the property is not included in Section B, Part 1, 5(f) of the attached Form 8283 because of the fact that the basis of the property is not taken into consideration when computing the amount of the deduction. Furthermore, the taxpayer has a holding period in the property in excess of 12 months and the property otherwise qualifies as "capital gain property".