IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW LECHTER; SYLVIA THOMPSON; LAWSON F. THOMPSON; RUSSELL DALBA; and KATHRYN DALBA, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APRIO, LLP f/k/a HABIF, AROGETI & WYNNE, LLP, ET AL.,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:20-cv-01325-AT |

**DEFENDANT GEORGIA-ALABAMA LAND TRUST, INC.'S
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

COMES NOW, GEORGIA-ALABAMA LAND TRUST, INC. ("GALT"), and moves this Court pursuant to Fed. R. Civ. Proc. 12(b) to dismiss all claims asserted against it in Plaintiffs' First Amended Class Action Complaint. [Doc. 155]. Plaintiffs have failed to state a claim upon which relief can be granted and cannot prevail on the merits of their claims. In support of this motion, GALT relies on the arguments and citations to authority presented in the accompanying memorandum of law, as well as the attached exhibits. For the reasons more fully set forth in the accompanying memorandum, GALT's motion should be granted, and this Court should enter

-2-

judgment in favor of GALT and dismiss all causes of action asserted in Plaintiffs' First Amended Class Action Complaint against GALT with prejudice.

This 16th day of October, 2020.

>Respectfully submitted,
>
>**FREEMAN MATHIS & GARY, LLP**
>
>*/s/ Dana K. Maine*
>Dana K. Maine
>Georgia Bar No. 466580
>Robert E. Buckley
>Georgia Bar No. 140280
>Travis M. Cashbaugh
>Georgia Bar No. 380162
>
>*Attorneys for Defendant Georgia-Alabama Land Trust, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
dmaine@fmglaw.com
rbuckley@fmglaw.com
tcashbaugh@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT GEORGIA-ALABAMA LAND TRUST, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** to the Clerk of Court using the CM/ECF *e-filing* system which will automatically send electronic mail notification of such filing to the following counsel of record:

David R. Deary
Donna Lee
Jeven R. Sloan
Jim L. Flegle
John William McKenzie, III
Tyler McLean Simpson
William Ralph Canada, Jr.
Wilson Edward Wray, Jr.
**LOEWINSOHN FLEGLE DEARY SIMON LLP**
12377 Merit Drive
Dallas, TX 75251

Edward Jon Rappaport
**SAYLOR LAW FIRM LLP**
1201 W Peachtree Street, Suite 3220
Atlanta, GA 30309

*Attorneys for Plaintiffs*

Colin Dang Delaney
Gregory K. Smith
Anthony J. Rollins
Steven A. Vickery
Jason S. Bell
**SMITH, GAMBRELL & RUSSELL, LLP**
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, GA 30309-3592
*Attorneys for Defendants Atlantic Coast Conservancy, Inc. and Robert D. Keller*

JOSEPH T. LEMAN
**THE LEMAN LAW FIRM, P.C.**
510 South Thornton Avenue
Dalton, GA  30720
*Attorney for Defendant James Jowers*

-2-

Stephen Hall
**BAKER, DONELSON, BEARMAN,**
   **CALDWELL & BERKOWITZ, P.C.**
Suite 1600, Monarch Plaza
3414 Peachtree Street NE
Atlanta, GA 30326
*Attorneys for Defendant Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.*

Brent D. Hitson
TalaAmirfazli
**BURR & FORMAN, LLP**
171 Seventeenth Street NEW, #100
Atlanta, GA 30363
*Attorneys for Defendant Large & Gilbert, Inc.*

S. Fenn Little, Jr.
**S. FENN LITTLE, JR. PC**
1490 Mescaslin Street NW
Atlanta, GA 30309
*Attorney for Defendants Forever Forests, LLC and Nancy Zak*

Andrew Townsend Tennille, III
**TENNILLE, PC**
1266 West Paces Ferry Rd. NW #173
Atlanta, GA 30327

Leslie P. Becknell
Barbara A. Marschalk
David L. Rusnak
Roberto Bazzani
**DREW ECKL & FARNHAM, LLP**
303 Peachtree Street, Suite 3500
Atlanta, GA  30308
*Attorneys for Defendant Tennille & Associates, Inc.*

Robert H. Smalley, III
**MCCAMY, PHILLIPS, TUGGLE
 & FORDHAM, LLP**
PO Box 1105
Dalton, GA 30722-1105
*Attorney for Defendants David C. Smith and Smith, Lewis & Haley, LLP*

David L. Balser
M. Robert Thornton
J. Andrew Pratt
Billie Pritchard
**KING & SPALDING, LLP**
1180 Peachtree Street
Atlanta, GA 30309
*Attorneys for Sirote & Permutt, PC*

This 16th day of October, 2020.

John E. Floyd
John H. Rains IV
Jennifer Peterson
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street NW
Atlanta, GA 30309-3417
*Attorneys for Defendants Aprio, LLP f/k/a Habif, Arogeti & Wynne, LLP and Robert Greenberger*

*/s/ Dana K. Maine*
Dana K. Maine
Georgia Bar No. 466580

*Attorney for Defendant Georgia-Alabama Land Trust, Inc.*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)