**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANDREW LECHTER, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | )   CASE NO. <u>1:20-CV-01325-AT</u> |
| APRIO, LLP f/k/a HABIF, AROGETI | ) |
| & WYNNE, LLP, et al. | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## <u>SCHEDULING ORDER REGARDING COMPLETION OF BRIEFING ON MOTIONS TO DISMISS</u>

Based on the proposals discussed during the December 11, 2020 Status Conference in this matter regarding the deadlines and framework for completion of the briefing on the various Motions to Dismiss filed in this matter, it is hereby **ORDERED**.

1. Defendants shall file their reply briefs in further support of their Motions to Dismiss no later than December 18, 2020;

2. On January 18, 2021:

    a. The Defendants shall file with the Court one consolidated Executive Summary (not to exceed 10 pages) regarding the arguments and

1

issues raised in the various Motions to Dismiss and replies in further

support thereof;

b.  The Plaintiffs shall file with the Court one Executive Summary (not

to exceed 10 pages) regarding the arguments and issues raised in the

Plaintiffs' responses to the various Motions to Dismiss;

c.  In addition to the consolidated Executive Summary described in

Paragraph 2(a), any Defendant may file an additional separate

Executive Summary (not to exceed 3 pages) regarding any

arguments and issues that are particular or specific to that

Defendant, provided that such Defendant provide notice to all

parties no later than January 8, 2021 that such Defendant intends to

file a separate additional Executive Summary;

d.  In the event that a Defendant provides the notice set out in Paragraph

2(c), Plaintiffs may also file an additional separate Executive

Summary (not to exceed 3 pages) regarding any arguments and

issues that are particular or specific to such Defendant.

3.  The Executive Summaries shall contain a summary of the arguments and

issues contained in the briefing and shall not contain any new arguments,

theories, averments, or authorities that were not contained in the prior briefing.

4.  In addition, the subject matter of any separate Executive Summaries as set out in Paragraphs 2(c) and 2(d) shall not be duplicative of any subject matter contained in the consolidated Executive Summaries described in Paragraphs 2(a) and 2(b).

**SO ORDERED** this 21st day of December, 2020.

_____

Hon. Amy Totenberg
United States District Judge