**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANDREW LECHTER, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. <u>1:20-CV-01325-AT</u> |
| APRIO, LLP f/k/a HABIF, AROGETI ) | |
| & WYNNE, LLP, et al. ) | |
| ) | JURY DEMAND |
| *Defendants*. ) | |
| ) | |

## **<u>PLAINTIFFS' MOTION TO DISREGARD IMPROPER ARGUMENTS IN BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.'S REPLY IN SUPPORT OF ITS MOTION FOR RULE 11 SANCTIONS</u>**

For the reasons stated in the attached Memorandum, Plaintiffs hereby move the Court to disregard improper arguments raised for the first time in Defendant Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.'s reply in support of its Motion for Rule 11 Sanctions (Dkt. 270).

1

Date:  December 14, 2021

           Respectfully submitted,

           */s/ Jeven R. Sloan*
           David R. Deary (admitted *pro hac vice*)
           W. Ralph Canada, Jr. (admitted *pro hac vice*)
           Jeven Sloan (GA Bar No. 652727)
           Wilson E. Wray, Jr. (admitted *pro hac vice*)
           John McKenzie (admitted *pro hac vice*)
           Donna Lee (admitted *pro hac vice*)
           Tyler M. Simpson (admitted *pro hac vice*)
           **LOEWINSOHN DEARY SIMON RAY LLP**
           12377 Merit Drive, Suite 900
           Dallas, Texas 75251
           (214) 572-1700 Telephone
           (214) 572-1717 Facsimile
           davidd@ldsrlaw.com
           ralphc@ldsrlaw.com
           jevens@ldsrlaw.com
           wilsonw@ldsrlaw.com
           johnm@ldsrlaw.com
           tylers@ldsrlaw.com
           donnal@ldsrlaw.com

           Edward J. Rappaport (GA Bar No. 594841)
           erappaport@saylorlaw.com
           **THE SAYLOR LAW FIRM LLP**
           1201 W. Peachtree Street
           Suite 3220
           Atlanta, GA 30309
           (404) 892-4400 Telephone

           *Attorneys for Plaintiffs*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

This 14th day of December, 2021.

*/s/ Jeven R. Sloan*
Jeven R. Sloan

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 14, 2021, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Jeven R. Sloan*