# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW LECHTER, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:20-CV-01325-AT |
| APRIO, LLP f/k/a HABIF, AROGETI ) | |
| & WYNNE, LLP, et al. ) | |
| ) | JURY DEMAND |
| *Defendants*. ) | |
| ) | |

**STIPULATION FOR DISMISSAL**
**DEFENDANT TENNILLE & ASSOCIATES, INC. WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants stipulate that Defendant Tennille & Associates, Inc. ("Tennille") be dismissed *without prejudice* with Plaintiffs and Tennille bearing their own attorneys' fees and costs. Tennille reserves all rights in the event that Plaintiffs later seek to bring Tennille back into this action.

Date: July 8, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Tyler M. Simpson* <br> David R. Deary (admitted *pro hac vice*) <br> W. Ralph Canada, Jr. (admitted *pro hac vice*) <br> Jeven Sloan (GA Bar No. 652727) <br> Wilson E. Wray, Jr. (admitted *pro hac vice*) <br> John McKenzie (admitted *pro hac vice*) <br> Donna Lee (admitted *pro hac vice*) <br> Tyler M. Simpson (admitted *pro hac vice*) <br> **LOEWINSOHN DEARY SIMON RAY LLP** <br> 12377 Merit Drive, Suite 900 <br> Dallas, Texas 75251 <br> (214) 572-1700 Telephone <br> (214) 572-1717 Facsimile <br> davidd@ldsrlaw.com <br> ralphc@ldsrlaw.com <br> jevens@ldsrlaw.com <br> wilsonw@ldsrlaw.com <br> johnm@ldsrlaw.com <br> tylers@ldsrlaw.com <br> donnal@ldsrlaw.com <br><br> Edward J. Rappaport (GA Bar No. 594841) <br> erappaport@saylorlaw.com <br> **THE SAYLOR LAW FIRM LLP** <br> 1201 W. Peachtree Street <br> Suite 3220 <br> Atlanta, GA 30309 <br> (404) 892-4400 Telephone <br><br> *Attorneys for Plaintiffs* | */s/ Roberto Bazzani* <br> Barbara A. Marschalk <br> State Bar of Georgia No. 324498 <br> Roberto Bazzani <br> State Bar of Georgia No. 609464 <br> 303 Peachtree Street, NE, Suite 3500 <br> Atlanta, Georgia 30308 <br> Telephone: (404) 885-1400 <br> Fax: (404) 876-0992 <br> Email: bmarschalk@deflaw.com <br> bazzani@deflaw.com <br><br> Leslie P. Becknell <br> State Bar of Georgia No. 046320 <br> 777 Gloucester Street, Suite 305 <br> Brunswick, GA 31520 <br> 912-602-6965 <br> Email: LBecknell@deflaw.com <br><br> *Attorneys for Defendant Tennille* |
| */s/ John H. Rains IV* <br> John E. Floyd | */s/ S. Fenn Little, Jr.* <br> S. Fenn Little, Jr. |

| | |
|---|---|
| Georgia Bar No. 266413<br>floyd@bmelaw.com<br>John H. Rains IV<br>Georgia Bar No. 556052<br>rains@bmelaw.com<br>Jennifer L. Peterson<br>Georgia Bar No. 601355<br>peterson@bmelaw.com<br>BONDURANT, MIXSON & ELMORE, LLP<br>3900 One Atlantic Center<br>1201 West Peachtree, N.W.<br>Atlanta, Georgia 30309<br>(404) 881-4100 (telephone)<br>(404) 881-4111 (facsimile)<br><br>*Attorneys for Defendants Aprio, LLP and Robert Greenberger* | Georgia Bar No. 454360<br>1490 Mecaslin St., NW<br>Atlanta, GA 30309<br>Ph: 404-815-3100<br>Fax: 404-521-4029<br>fennlaw@outlook.com<br><br>*Attorney for Defendants Nancy Zak and Forever Forests, LLC* |
| */s/ J. Andrew Pratt*<br>M. Robert Thornton<br>Georgia Bar No. 710475<br>David L. Balser<br>Georgia Bar No. 035835<br>J. Andrew Pratt<br>Georgia Bar No. 465311<br>Billie Pritchard<br>Georgia Bar No. 460789<br>1180 Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>bthornton@kslaw.com<br>dbalser@kslaw.com<br>apratt@kslaw.com<br>bpritchard@kslaw.com<br><br>*Counsel for Defendant Dentons Sirote PC* | |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

This 8th day of July, 2022.

*/s/ Tyler M. Simpson*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 8, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Tyler M. Simpson*