# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW LECHTER, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>APRIO, LLP f/k/a HABIF, AROGETI )<br>& WYNNE, LLP, et al. )<br>)<br>*Defendants*. )<br>) | CASE NO. <u>1:20-CV-01325-AT</u><br><br>JURY DEMAND |

## STIPULATION FOR DISMISSAL OF DEFENDANTS
## <u>NANCY ZAK AND FOREVER FORESTS WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the remaining Defendants, Aprio, LLP and Robert Greenberger, stipulate that Defendants Nancy Zak and Forever Forests (the "Zak Defendants") be dismissed *without prejudice* with Plaintiffs and the Zak Defendants bearing their own attorneys' fees and costs.

Date: August 22, 2022

| | |
|---|---|
| */s/    Tyler M. Simpson*<br>David R. Deary (admitted *pro hac vice*)<br>W. Ralph Canada, Jr. (admitted *pro hac vice*)<br>Jeven Sloan (GA Bar No. 652727)<br>Wilson E. Wray, Jr. (admitted *pro hac vice*)<br>John McKenzie (admitted *pro hac vice*)<br>Donna Lee (admitted *pro hac vice*)<br>Tyler M. Simpson (admitted *pro hac vice*)<br>**LOEWINSOHN DEARY SIMON RAY LLP**<br>12377 Merit Drive, Suite 900<br>Dallas, Texas 75251<br>(214) 572-1700 Telephone<br>(214) 572-1717 Facsimile<br>davidd@ldsrlaw.com<br>ralphc@ldsrlaw.com<br>jevens@ldsrlaw.com<br>wilsonw@ldsrlaw.com<br>johnm@ldsrlaw.com<br>tylers@ldsrlaw.com<br>donnal@ldsrlaw.com<br><br>Edward J. Rappaport (GA Bar No. 594841)<br>erappaport@saylorlaw.com<br>**THE SAYLOR LAW FIRM LLP**<br>1201 W. Peachtree Street<br>Suite 3220<br>Atlanta, GA 30309<br>(404) 892-4400 Telephone<br><br>*Attorneys for Plaintiffs* | */s/    John H. Rains IV*<br>John E. Floyd<br>Georgia Bar No. 266413<br>floyd@bmelaw.com<br>John H. Rains IV<br>Georgia Bar No. 556052<br>rains@bmelaw.com<br>Jennifer L. Peterson<br>Georgia Bar No. 601355<br>peterson@bmelaw.com<br>BONDURANT, MIXSON & ELMORE, LLP<br>3900 One Atlantic Center<br>1201 West Peachtree, N.W.<br>Atlanta, Georgia 30309<br>(404) 881-4100 (telephone)<br>(404) 881-4111 (facsimile)<br><br>*Attorneys for Defendants Aprio, LLP and Robert Greenberger* |
| */s/    S. Fenn Little, Jr.*<br>S. Fenn Little, Jr.<br>Georgia Bar No. 454360<br>1490 Mecaslin St., NW<br>Atlanta, GA 30309<br>Ph:  404-815-3100 | |

2

| | |
|---|---|
| Fax: 404-521-4029<br>fennlaw@outlook.com<br><br>*Attorney for Defendants Nancy Zak and Forever Forests, LLC* | |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

*/s/ Tyler M. Simpson*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 22, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Tyler M. Simpson*