# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW LECHTER, et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> APRIO, LLP f/k/a HABIF, AROGETI ) <br> & WYNNE, LLP, et al. ) <br> ) <br> *Defendants*. ) <br> ) | CASE NO. <u>1:20-CV-01325-AT</u> <br><br> JURY DEMAND |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Andrew Lechter, Sylvia Thompson, Lawson F. Thompson, Russell Dalba, and Kathryn Dalba hereby move to certify this action as a class action on behalf of the class described in the accompanying Memorandum of Law for the reasons set forth therein.

Date:  August 23, 2022

        Respectfully submitted,

        */s/ David R. Deary*
David R. Deary (admitted *pro hac vice*)
W. Ralph Canada, Jr. (admitted *pro hac vice*)
Jeven Sloan (GA Bar No. 652727)
Wilson E. Wray, Jr. (admitted *pro hac vice*)
John McKenzie (admitted *pro hac vice*)
Donna Lee (admitted *pro hac vice*)
Tyler M. Simpson (admitted *pro hac vice*)
**LOEWINSOHN DEARY SIMON RAY LLP**
12377 Merit Drive, Suite 900
Dallas, Texas 75251
(214) 572-1700 Telephone
(214) 572-1717 Facsimile
davidd@ldsrlaw.com
ralphc@ldsrlaw.com
jevens@ldsrlaw.com
wilsonw@ldsrlaw.com
johnm@ldsrlaw.com
tylers@ldsrlaw.com
donnal@ldsrlaw.com

Edward J. Rappaport (GA Bar No. 594841)
erappaport@saylorlaw.com
**THE SAYLOR LAW FIRM LLP**
1201 W. Peachtree Street
Suite 3220
Atlanta, GA 30309
(404) 892-4400 Telephone

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

This 23d day of August, 2022.

*/s/ David R. Deary*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 23, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF system.

*/s/ David R. Deary*
