IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANDREW LECHTER, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:20-cv-1325-AT |
| APRIO, LLP, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

Counsel are directed to appear for an in-person hearing to address Plaintiffs' pending Motion for Class Certification (Doc. 326) on **Thursday, February 23, 2023 at 2:30 P.M.** in Courtroom 2308. Counsel should advise the Court's Courtroom Deputy, Mr. Harry Martin, if they have any conflicts with that time. In addition to the arguments they have raised in the briefing regarding Plaintiffs' proposed class, counsel should be prepared to address whether the Court should consider certifying a narrower class involving the nine transactions in which the named Plaintiffs personally invested.

**IT IS SO ORDERED** this 27th day of January, 2023.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**