# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW LECHTER, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | CASE NO. 1:20-CV-01325-AT |
| v.    ) | |
| ) | |
| APRIO, LLP f/k/a HABIF, AROGETI ) | JURY DEMAND |
| & WYNNE, LLP, *et al.*    ) | |
| ) | |
| *Defendants*.    ) | |

## PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANTS JIM R. CLOWER, SR. AND CLOWER KIRSCH & ASSOCIATES LLC WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismisses Defendants Jim R. Clower, Sr. and Clower Kirsch & Associates, LLC (the "Clower Defendants") *without prejudice* and with Plaintiffs and the Clower Defendants bearing their own attorneys' fees and costs.

1

Date: November 20, 2024

        Respectfully submitted,

*/s/ Tyler M. Simpson*
David R. Deary (admitted *pro hac vice*)
W. Ralph Canada, Jr. (admitted *pro hac vice*)
Jeven Sloan (GA Bar No. 652727)
Donna Lee (admitted *pro hac vice*)
Tyler M. Simpson (admitted *pro hac vice*)
**SILVERA DEARY RAY PC**
17070 Dallas Pkwy., Suite 100
Dallas, Texas 75248
(214) 572-1700 Telephone
(214) 572-1717 Facsimile
davidd@silveradearyray.com
ralphc@silveradearyray.com
jevens@silveradearyray.com
donnal@silveradearyray.com
tylers@silveradearyray.com

Edward J. Rappaport (GA Bar No. 594841)
erappaport@saylorlaw.com
**THE SAYLOR LAW FIRM LLP**
1201 W. Peachtree Street
Suite 3220
Atlanta, GA 30309
(404) 892-4400 Telephone

*Attorneys for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

                                                /s/*Tyler M. Simpson*
                                                Tyler M. Simpson

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 20, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF system.

                                                /s/*Tyler M. Simpson*
                                                Tyler M. Simpson