**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| ANDREW LECHTER; SYLVIA THOMPSON; LAWSON F. THOMPSON; RUSSELL DALBA; and KATHRYN DALBA, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APRIO, LLP, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:20-CV-01325-AT |

## NOTICE OF WITHDRAWAL

In accordance with Local Rule 83.1(E)(4), Defendants Aprio, LLP and Robert Greenberger give notice that the law firm of Bondurant, Mixson & Elmore, LLP and its attorneys John E. Floyd, David G.H. Brackett, and Jennifer L. Peterson are hereby withdrawing as its counsel in this case.

Defendants Aprio, LLP and Robert Greenberger will be represented by N. DeWayne Pope of Gordon Rees Scully Mansukhani, LLP, whose notice of appearance was recently filed.

/s/ David G.H. Brackett
David G.H. Brackett
Georgia Bar No. 068353
brackett@bmelaw.com

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Jennifer L. Peterson
Georgia Bar No. 601355
peterson@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree St. NW
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Fax: (404) 881-4111

2

## <u>CERTIFICATION OF COMPLIANCE</u>

The undersigned attorney hereby certifies that the foregoing document was prepared in accordance with N.D. Ga. L.R. 5.1 using Times New Roman 14-point font.

This 10th day of October, 2025.

*/s/ David G.H. Brackett*
David G.H. Brackett
Georgia Bar No. 068353

## **CERTIFICATE OF SERVICE**

I certify that this day I filed this **NOTICE OF WITHDRAWAL** with the Clerk of the Court using this Court's CM/ECF system which will automatically send an electronic copy of the notice to all counsel of record.

This 10th day of October, 2025.

/s/ David G.H. Brackett
David G.H. Brackett
Georgia Bar No. 068353