# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Andrew Lechter, et al.,

      Plaintiffs,

v.

Aprio, LLP, et al.,

      Defendants.

CIVIL ACTION
NO. 1:20-CV-01325-AT

## STATUS REPORT REGARDING MEDIATION

In compliance with the Court's June 17, 2026 Order Denying Plaintiffs' Motion for Class Certification (ECF 425), the parties jointly provide the following status report regarding mediation. The parties have conferred and agree to participate in the Court ordered settlement conference with a Magistrate Judge in lieu of a private mediator.

Respectfully submitted, this 7th day of July, 2026

| | |
|---|---|
| */s/      Tyler M. Simpson*<br>David R. Deary (admitted *pro hac vice*)<br>Jeven Sloan (GA Bar No. 652727)<br>Donna Lee (admitted *pro hac vice*)<br>Tyler M. Simpson (admitted *pro hac vice*)<br>**SILVERA DEARY RAY LLP**<br>17070 Dallas Parkway, #100<br>Dallas, Texas 75248<br>(214) 572-1700 Telephone<br>(972) 715-1759 Facsimile<br>davidd@silveradearyray.com<br>jevens@silveradearyray.com<br>tylers@silveradearyray.com<br>donnal@silveradearyray.com<br><br>Edward J. Rappaport (GA Bar No. 594841)<br>**SILVERA DEARY RAY LLP**<br>5555 Glenridge Connection, #650<br>Atlanta, GA  30342<br>(678) 522-6146 Telephone<br>(972) 715-1759 Facsimile<br>erappaport@silveradearyray.com<br><br>*Attorneys for Plaintiffs* | */s/ Mark M. DelRosario*<br> Mark M. DelRosario<br>(GA Bar No. 142049)<br>**Litchfield Cavo LLP**<br>2100 Riveredge Parkway<br>Suite 1200<br>Atlanta, GA  30328<br>(770) 628-7110 Telephone<br>(770) 628-7101 Facsimile<br>delrosario@litchfieldcavo.com<br>*Attorneys for Defendants Aprio, LLP, f/k/a Habif, Arogeti & Wynne, LLP and Robert Greenberger* |

2

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on July 7, 2026, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Tyler M. Simpson*
Tyler M. Simpson