**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ANDREW LECHTER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>APRIO, LLP f/k/a HABIF, AROGETI & WYNNE, LLP, *et al.*<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:20-CV-01325-AT |

**<u>PLAINTIFFS' STATUS REPORT REGARDING INTERVENTION</u>**

In an August 28, 2026 Order (docket entry only), the Court directed counsel for Plaintiffs to file a status report by September 11, 2026, updating the Court on the number of clients who had consented to intervene and whether counsel for Plaintiffs needed any additional time to secure decisions from their clients.

In compliance with that Order, Plaintiffs provide this status report. The chart on the following page indicates (a) the number of clients represented by Plaintiffs who were formerly putative class members, (b) the number of clients who intend to intervene, (c) the number of clients who have declined to intervene, and (d) the number of clients who have not yet responded or made a final decision.

| | |
|---|---|
| Clients represented by counsel for Plaintiffs who were previously putative class members (not including the named Plaintiffs) | 80 |
| Clients who intend to intervene | 61 |
| Clients who have declined to intervene | 19 |
| Clients who have not yet responded or made a final decision | 0 |

Having successfully received responses from all clients, counsel for Plaintiffs will work with counsel for Defendants on a reasonable briefing schedule for the motion to intervene and look forward to speaking with the Court at the status conference on September 17, 2026.

Dated: September 11, 2026

Respectfully submitted,

/s/ *Jeven R. Sloan*

David R. Deary (admitted *pro hac vice*)
Jeven Sloan (GA Bar No. 652727)
Donna Lee (admitted *pro hac vice*)
Tyler M. Simpson (admitted *pro hac vice*)
**Silvera Deary Ray PC**
17070 Dallas Parkway, #100
Dallas, Texas 75248
(214) 572-1700 Telephone
(972) 715-1759 Facsimile
davidd@silveradearyray.com
jevens@silveradearyray.com
tylers@silveradearyray.com
donnal@silveradearyray.com

Edward J. Rappaport (GA Bar No. 594841)
**Silvera Deary Ray PC**
5555 Glenridge Connector, #650
Atlanta, GA 30342
(678) 522-6146 Telephone
(972) 715-1759 Facsimile
erappaport@silveradearyray.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that on the 11th day of September, 2026, I served the foregoing document on opposing counsel by electronic filing using the CM/ECF system.

/s/ *Jeven R. Sloan*

**CERTIFICATE OF COMPLIANCE**

The undersigned certifies that the foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1

/s/ *Jeven R. Sloan*